UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:15-cv-00109-MMD-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID B. ARNOLD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | **ORDER** |

The court directs that the transcript from the motion hearing held before Magistrate Judge William G. Cobb on April 13, 2015, (Doc. # 29) be prepared and made available to the court at the court's expense.

**IT IS SO ORDERED.**

DATED: April 14, 2015.

_____
United States Magistrate Judge