AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

UNITED STATES OF AMERICA,

      Plaintiff/Appellee,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:15-cv-00109-MMD-WGC**

DAVID B. ARNOLD,

      Defendant/Appellant.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's decision is affirmed. Judgment is hereby entered in favor of the Plaintiff/Appellee, United States of America.


  October 16, 2015         **LANCE S. WILSON**
                                        Clerk

                                        /s/ D. R. Morgan
                                        Deputy Clerk